<u>CRIMINAL PROCEEDINGS</u> – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge Amanda K. Brailsford | Date: February 6, 2026 |
| Case No. 1:25-cr-39-AKB | Deputy Clerk: Kim Tudela |
| Place: Boise – Courtroom 2 | Reporter: Tiffany Fisher |
| | Time:  33 minutes |

UNITED STATES OF AMERICA vs. JUAN MANUEL ARCE

Probation Officer: Caitlyn O'Very
Counsel for the United States: Christian Nafzger
Counsel for the Defendant: Paul Riggins

(☒) Court reviewed case history.

(☒) Defendant previously entered a plea of GUILTY to Count 1 of the **Indictment** and agreed to the forfeiture.

**Total combined offense level 27. Criminal history category VI. Guideline range of 130-162 months.[1]**

(☒) There being no objections, the Court accepts the Presentence report as its own findings.

(☒) Court granted the Government's oral motion of **3 level** reduction for acceptance of responsibility.

(☒) Counsel made sentencing recommendations to the Court.

(☒) Defendant made statements on his own behalf.

(☒) Court addressed the 3553(a) factors.

(☒) Defense counsel moved to withdraw the Motion for Downward Variance (Dkt. 31) and the Motion for Imposition of Below Guideline Sentence (Dkt. 38). GRANTED.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, Juan Manuel Arce, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **120 months**.

It is further ordered that the defendant shall pay to the United States a **$100** special assessment and the fine in this matter is waived.

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than **$25** per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

---

[1] As noted in the sentencing recommendation. (Dkt. 43)

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than **$25** per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **5 years**. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the sentencing recommendation (Dkt. 43) and judgment in this criminal case, to be filed by this Court.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) Right to appeal explained.
(☒) Final order of forfeiture forthcoming.
(☒) The Court recommended the defendant receive credit for time served in federal custody.
(☒) It is recommended that the defendant participate in the RDAP program, in a program of mental health treatment and be housed in the facility at Englewood, CO.
(☒) Defendant remanded to the custody of USMS.